JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANDREW HOK-SAN THIO, M.D., | CASE NO. ED CV 13-00516-GAF (OPx) |
| Plaintiff, | Assigned to:<br>HONORABLE GARY A. FEESS, CTRM 740 |
| vs. | |
| CROWN ANESTHESIA MEDICAL GROUP, INC., a California Corporation; CROWN MEDICAL GROUP, INC., a California Corporation; PINNACLE SURGERY MEDICAL CENTER OF CORONA, INC., A California Corporation; PINNACLE BILLING SERVICES, LLC, a California Limited Liability Company; FESTUS B. DADA, M.D., an individual; RICHARD K. SHUMAN, M.D., an individual; MICHAEL L. CROSS, M.D., an individual; DAYNA CROSS, an individual; TITO GORSKI, M.D., an individual; J. CRAIG JOHNSON, an individual; TENNER JOHNSON LLP; DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and DOES 1-50, inclusive, | **JUDGMENT IN INTERPLEADER ACTION AFTER STIPULATION AND ORDER THEREFOR** |
| Defendants. | |

The Court has ordered the entry of judgment in accordance with its Order on the Parties' Stipulation for Judgment (the "Order"). A copy of the Order is attached hereto as Exhibit A and incorporated herein by this reference.

///

**JUDGMENT**

IT IS HEREBY ORDERED THAT:

1. The Government shall recover nothing on its claim as to the Interpleaded Funds.

2. Plaintiff must pay the sum of $18,017.28 to the Crown Defendants. A check drawn upon good funds and made payable to the "Tenner Johnson Client Trust Account" shall satisfy Plaintiff's obligation to make such payment.

3. The Crown Defendants are entitled to the $266,815.04 in Interpleaded Funds Plaintiff deposited with the Clerk of the Superior Court of California, County of Riverside, together with all interest that has accrued thereon from and after the date of deposit.

4. The Stay of Proceedings resulting from the removal of this action to the United States District Court, as filed by Plaintiff on March 25, 2013, in the Superior Court of California, County of Riverside in Case No. RIC 1301918, is hereby lifted for the sole purpose of having the Superior Court of California, County of Riverside, pay the $266,815.04 in Interpleaded Funds and all interest accrued thereon to the Crown Defendants by check made payable to the "Tenner Johnson Client Trust Account" and forwarded to the Crown Defendants' counsel of record, J. Craig Johnson, Tenner Johnson LLP, 41593 Winchester Road, Suite 200 PMB 004, Temecula, California 92590.

5. With the exception of Plaintiff's reasonable attorney fees and litigation costs, which have been paid and credited by the Crown Defendants as set forth in the Parties' stipulation, all Parties shall bear their own attorney fees and litigation costs incurred in the State Court Interpleader Action and the District Court Interpleader Action.

Date: February 24, 2014

JS-6

_____
HON. GARY A. FEESS, JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# PROOF OF SERVICE
## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### THIO v. CROWN ANESTHESIA MEDICAL GROUP, INC.
Case No. EDCV13-516-VAP (OPx)

I am over the age of eighteen (18) and not a party to the within action; my business address is 41593 Winchester Road, Suite 200 PMB 004, Temecula, California 92590.

On February ___, 2014, I served the foregoing **JUDGMENT IN INTERPLEADER ACTION AFTER STIPULATION AND ORDER THEREFOR** on the following parties, by and through their counsel of record in this action, by placing a true copy thereof enclosed in a sealed envelope, and/or transmitted by facsimile, and/or personally delivered, addressed as follows:

| | |
|---|---|
| Andre Birotte Jr.<br>UNITED STATES ATTORNEY<br>Sandra R. Brown<br>ASSISTANT UNITED STATES ATTORNEY<br>CHIEF, TAX DIVISION<br>Andrew T. Pribe<br>ASSISTANT UNITED STATES ATTORNEY<br>300 N. Los Angeles Street<br>Federal Building, Room 7211<br>Los Angeles, CA 90012<br>Telephone: (213) 894-6551<br>Facsimile: (213) 894-0115 | Mark Bradshaw<br>Kiara W. Gebhart<br>SHULMAN HODGES & BASTIAN LLP<br>8105 Irvine Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000 |

[ ] (Overnight)   I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named recipient(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[●] (Mail)   I caused such envelope(s) with the postage fully prepaid to be placed in the mail at Temecula, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the United States Mail on that same day with the postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[●] (Federal)   I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on February ___, 2014, at Temecula, California.

_____
Michael L. Smith

**JUDGMENT**
3